Alan J. Jang (SBN 83409)
Sally Noma (SBN 264774)
**Jang & Associates, LLP**
1766 Lacassie Avenue, Suite 200
Walnut Creek, California 94596
Telephone: (925) 937-1400
Facsimile: (925) 937-1414
*ajang@janglit.com*
*snoma@janglit.com*

Attorneys for Plaintiff, CSAA INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSAA INSURANCE EXCHANGE as subrogee of Gwendolyn Brooks,<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK AND CO. SAMSUNG ELECTRONICS AMERICA, INC., and DOES 1 through 25, inclusive,<br><br>Defendants.. | CASE NO.: 2:17-CV-01290-WBS-KJN<br><br>**STIPULATION AND ORDER TO DISMISS ACTION** |

IT IS HEREBY STIPULATED and agreed by and between the parties to the above entitled action, through their respective attorneys, that said action be dismissed with prejudice and without costs to either party, all costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Respectfully Submitted,

JANG & ASSOCIATES, LLP
/s/ Alan Jang, Esq.
Alan J. Jang, Esq.
Sally Noma, Esq.
Attorneys for Plaintiff, CSAA
INSURANCE EXCHANGE

STIPULATION AND ORDER TO DISMISS ACTION

1

|   |   |
|---|---|
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | /s/ Lisa Passalacqua, Esq. |
| | Donald P. Eichorn, Esq. |
| | Gregg Tatarka, Esq. |
| | Lisa Passalacqua, Esq. |
| | *Attorneys for SEARS, ROEBUCK & CO. AND SAMSUNG ELECTRONICS AMERICA, INC.* |

Upon the Stipulation for Dismissal with prejudice filed herein by the above-named Plaintiff and above-named Defendants, and the Court having examined said stipulation and being fully advised of the premises, finds that this cause of action has been fully compromised and settled and the parties have stipulated and agreed to dismissal of the complaint with prejudice, and that the Court further finds that all costs have been paid.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 29, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE